147626.1

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

Attorneys for Plaintiffs
Richemont North America, Inc.
and Cartier International, N.V.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
RICHEMONT NORTH AMERICA, INC.;    :
and CARTIER INTERNATIONAL, N.V.,  :
                                  :
            Plaintiffs,           :
      v.                          :
                                  :
SWEEPSTAKES CLEARINGHOUSE,        :
a division of ALLIED MARKETING    :
GROUP, INC.,                      :
                                  :
            Defendant.            :
-------------------------------------------------------x

**07 CIV 6091**

Civil Action

No.

DISCLOSURE PURSUANT TO
RULE 7.1 AND LOCAL CIVIL
RULE 1.9

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        Compagnie Financiere Richemont, S.A.

        Richemont S.A., Luxembourg

        Respectfully submitted,

Dated: June 28, 2007        KALOW & SPRINGUT LLP

        By:_____
        Milton Springut (MS6571)
        Tal S. Benschar (TSB0838)