AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

### SOUTHERN                    DISTRICT OF                    NEW YORK

CARTIER, a division of RICHEMONT NORTH
AMERICA, INC.; and CARTIER
INTERNATIONAL, N.V.,
      Plaintiffs,

**V.**

SWEEPSTAKES CLEARINGHOUSE, a division of
ALLIED MARKETING GROUP, INC.,

      Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**'07 CIV 6091**

TO: (Name and address of defendant)

Sweepstakes Clearinghouse, a division of Allied Marketing Group, Inc.
1555 Regal Row
Dallas, Texas 75247

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kalow & Springut LLP
488 Madison Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

_____
CLERK

JUN 2 8 2007
_____
DATE

_Marcos Quintero_
_____
(BY) DEPUTY CLERK

AO 440  (Rev. 10/93)  Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE *6/29/07* |
| NAME OF SERVER *(PRINT)*  *MORRY B. BEATTY* | TITLE *PROCESS SERVER* |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant.  Place where served: *C.T. Corporation Registered Agent at 350 N. ST PAUL #2200 Dallas Tx 75201*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ] Returned unexecuted: _____
_____
_____
_____

[ ] Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    *6/29/07*
Date

*Morry B Beatty*
Signature of Server

*2001 Bryan St #3175*
Address of Server

*Dallas, TX 75201*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## AFFIDAVIT OF SERVICE

COUNTY: SOUTHERN                CASE # 7CIV6091              COURT

Clt. Ref.#                                   Clt.#  16075

RICHEMONT NORTH AMERICA, INC; AND CARTIER INTERNATIONAL, N.V.,

VS

SWEEPSTAKES CLEARINGHOUSE, A DIVISION OF ALLIED MARKETING GROUP,
INC.,

The documents came to hand for service on 06/29/07  Time: 11:02:40

Documents received for service:

**SUMMONS IN A CIVIL CASE; COMPLAINT; DISCLOSURE PURSUANT TO
RULE 7.1 AND LOCAL CIVIL RULE 1.9; STATEMENT OF RELATED CASE
PURSUANT TO RULE 15 OF THE RULES FOR THE DIVISION, ETAL.**

The documents were delivered on **06/29/07  Time: 15:05:00**

Executed at: 350 N. St. Paul St., Ste.2900
             Dallas, TX 75201

to the following: **Allied Marketing Group, Inc.,**
                  **By Delivering To It's Registered Agent CT Corporation System**
                  **By Delivering To It's Designated Agent, Sandy Caballero**

_____  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____a person
        over sixteen (16) years of age, at the above listed address which is the usual
        place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Morry Beatty_____  ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:  70.00

Witness Fee Tendered:_____.00

Mileage:_____.00

Morry Beatty
Texas LIC#: SCH-186
Professional Civil Process Dallas, Inc.
P.O. Box 342467
Austin, TX 78734-0042

STATE OF TEXAS}

### VERIFICATION

On this day Morry Beatty appeared before me, a notary public, and being duly sworn
by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this ____ day of _____/200__ .

NOTARY PUBLIC FOR THE STATE OF TEXAS

NAKIA V. STANTON
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-19-2008

PCP Inv. #D70601526    beattym
                       +


AX02