147914.7

Milton Springut (MS6571)
Tal S. Benschar (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
(212) 813-1600

Attorneys for Plaintiffs
Richemont North America, Inc.
and Cartier International, N.V.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
RICHEMONT NORTH AMERICA, INC.;   :
and CARTIER INTERNATIONAL, N.V., :     Civil Action
                                 :
          Plaintiffs,            :     No. 07 Civ. 6091 (SHS)
     v.                          :
                                 :
SWEEPSTAKES CLEARINGHOUSE,       :
a division of ALLIED MARKETING   :
GROUP, INC.,                     :
                                 :
          Defendant.             :
-------------------------------------------------x

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties having entered into a Settlement Agreement, and in accordance with Rule 41 of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed WITH PREJUDICE. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO STIPULATED:

                              KALOW & SPRINGUT LLP
                              Attorneys for Plaintiffs
                              Richemont North America, Inc. and
                              Cartier International, N.V.

Dated: July 20, 2007
                              By: _____
                                  Milton Springut (MS6571)

FISH & RICHARDSON, P.C.
Counsel for Defendant
Sweepstakes Clearinghouse, division of Allied
Marketing Group, Inc.

Citigroup Center – 52nd Fl.
153 E. 53rd Street
New York, NY 10022
(212) 641-2291

Dated: July 12, 2007

By: _____ AF-2969
Anthony L. Fletcher, Esq.
Irene Hudson, Esq.

IT IS SO ORDERED: *The Court, never having seen the Settlement Agreement, retains the right to decline to accept jurisdiction to enforce it.*

Dated: 7/23/07

_____
U.S.D.J.