UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHEMONT NORTH AMERICA, INC.; and       :
CARTIER INTERNATIONAL, N.V.,             :
                                         :    07 Civ. 6091 (SHS)
                                         :
            Plaintiffs,                  :    ORDER
                                         :
    -against-                            :
                                         :
SWEEPSTAKES CLEARINGHOUSE,               :
a division of ALLIED MARKETING           :
GROUP, INC.,                             :
                                         :
            Defendant.                   :
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Having reviewed the Settlement Agreement in this action, the Court now amends the Stipulation and Order of Dismissal with Prejudice dated July 23, 2007 (docket #5) to delete the endorsement that reads: "The Court, never having seen the Settlement Agreement, retains the right to decline to accept jurisdiction to enforce it."

Dated: New York, New York
       August 15, 2007

SO ORDERED:

Sidney H. Stein, U.S.D.J.